AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

**SEALED**

for the

Eastern District of California

**FILED**
**Oct 16, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.
CAMILO GILES JIMENEZ

*Defendant(s)*

Case No. 1:26-cr-00208-FJS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 6/2/26, 3/5/24, and 11/5/24 in the county of Fresno in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 611 | Voting by Alien |

This criminal complaint is based on these facts:
See attached affidavit, which is incorporated by reference as though fully set forth herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Britton Wallace, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: October 16, 2026

*Judge's signature*

City and state: Fresno, California

Hon. Frank J. Singer, U.S. Magistrate Judge
*Printed name and title*

ERIC GRANT
United States Attorney
JUSTIN GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CAMILO GILES JIMENEZ,<br>Defendant. | CASE NO.<br>AFFIDAVIT OF FBI Agent Britton Wallace |

I, Britton Wallace, being sworn, depose and state the following:

## INTRODUCTION

1. This affidavit is in support of a complaint and arrest warrant for **CAMILO GILES JIMENEZ** for violation of Title 18, United States Code, Section 611, Voting by Aliens.

2. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all the information known to me and other law enforcement investigators. Rather, this affidavit serves only to establish probable cause for the criminal complaint and requested arrest warrant for **CAMILO GILES JIMENEZ**.

## AFFIANT'S BACKGROUND

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2021. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). As a Special Agent of the FBI, I am authorized

to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest, search, and seizure warrants under the authority of the United States. I am responsible for investigations involving civil rights violations, complex financial crimes, public corruption and healthcare fraud. I have gained experience through previous investigations and through training, classes, and conferences.

4. The facts set forth in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses involved in this case. This Affidavit is intended to show that there is probable cause for the criminal complaint and requested arrest warrant and does not set forth all my knowledge about this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only, all dates are on and about, and all amounts are approximate.

## CHARGES

5. Based upon the facts set forth in this criminal complaint, I believe probable cause existed to believe that **CAMILO GILES JIMENEZ** violated the following laws of the United States:

a. Count One: **CAMILO GILES JIMENEZ**, an alien, and citizen and national of Mexico, and lawful permanent resident of the United States, and having registered to vote in 2022 and declaring that he was a United States citizen, and fully knowing he was not a United States citizen, on or about June 2, 2026, in the County of Fresno, State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

b. Count Two: **CAMILO GILES JIMENEZ**, an alien, and citizen and national of Mexico, and lawful permanent resident of the United States, and having registered to vote in 2022 and declaring that he was a United States citizen, and fully knowing he was not a United States citizen, on or about November 5, 2024, in the County of Fresno, State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, Member of the Senate, or Member of

the House of Representatives, in violation of Title 18, United States Code, Section 611.

c. Count Three: **CAMILO GILES JIMENEZ**, an alien, and citizen and national of Mexico, and lawful permanent resident of the United States, and having registered to vote in 2022 and declaring that he was a United States citizen, and fully knowing he was not a United States citizen, on or about March 5, 2024, in the County of Fresno, State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Member of the Senate, or Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

**PROBABLE CAUSE**

6. Between September 2, 2026, and September 4, 2026, special agents with the FBI served grand jury subpoenas on the California Secretary of State, the Fresno Registrar of Voters, and the California Department of Motor Vehicles ("DMV") seeking voter registration, voting history, and address information for **CAMILO GILES JIMENEZ.** By October 1, 2026, the FBI had received substantive responses for every subpoena served. The Department of Homeland Security Investigations ("HSI") provided the FBI with the Alien File ("A-File") for **CAMILO GILES JIMENEZ.**

7. The subpoena returns from the Secretary of State showed the following: On June 2, 2022, **CAMILO GILES JIMENEZ** submitted a California Voter Registration application to the Fresno County Registrar of Voters. **CAMILO GILES JIMENEZ** filed the application electronically but had to sign the application. The application contained his date of birth, his California ID number, and an address in Kerman ("Kerman Address"). He checked the box on the application indicating he was a United States citizen. **CAMILO GILES JIMENEZ** signed the application under the declaration swearing or affirming that he was in fact a United States citizen. The Secretary of State's voter participation records further indicated that **CAMILO GILES JIMENEZ** potentially voted in four elections since March 5, 2024.

8. The returns from the California Secretary of State showed that **CAMILO GILES JIMENEZ** voted in the March 5, 2024 Presidential primary election, the November 5, 2024 Presidential general election, the June 2, 2026 statewide primary election and one additional state office election in 2025. The records further indicated that **CAMILO GILES JIMENEZ's** ballots were vote by mail ballots.

The ballot for the November 5, 2024 election was received at an elementary school in Kerman, California on November 5, 2024. The March 5, 2024 election ballot and the June 2, 2026 election ballot were submitted by mail and received on March 5, 2024 and June 2, 2026 respectively. The returns from the Fresno County Registrar of Voters included scans of the ballot envelopes submitted in the March 2024, November 2024, and June 2026 elections. The submitted ballot envelopes include **CAMILO GILES JIMENEZ**'s name, the Kerman Address, and **CAMILO GILES JIMENEZ's** signature.

9. The returns from the DMV confirm that **CAMILO GILES JIMENEZ** resided at the Kerman address at the time **CAMILO GILES JIMENEZ** submitted the ballots for the March 2024, November 2024, and June 2026 elections. The driver's license application submitted by **CAMILO GILES JIMENEZ** to the DMV has the same date of birth as on the voter registration. On the application, submitted in 2017, **CAMILO GILES JIMENEZ** indicated that he was a United States citizen, and eligible to vote. However, the proof of **CAMILO GILES JIMENEZ's** identity on file with the DMV was his Lawful Permanent Resident card, which indicated that **CAMILO GILES JIMENEZ** was born in Mexico.

10. **CAMILO GILES JIMENEZ's** A-File contains his birth certificate showing he was born in Mexico and has the same date of birth as the DMV records and the voter registration application. **CAMILO GILES JIMENEZ's** application for lawful permanent residence indicated he lived at the Kerman Address since at least 2017. It also listed **CAMILO GILES JIMENEZ**'s phone number as the same phone number listed on **CAMILO GILES JIMENEZ**'s voter registration application. **CAMILO GILES JIMENEZ**'s signed his application on September 25, 2020, and his signature appears to match that of his voter registration application and ballot envelopes. In his lawful permanent resident application, **CAMILO GILES JIMENEZ** affirmed that he had never falsely claimed to be a United States citizen. Other documents in **CAMILO GILES JIMENEZ's** A-File showed his email address was the same as that listed on his voter registration application.

11. On September 23, 2026, **CAMILO GILES JIMENEZ** was interviewed by officers with the United States Customs and Immigration Services ("USCIS") as part of his naturalization application. **CAMILO GILES JIMENEZ** made a sworn statement in that interview and signed and initialed that statement. In the statement, **CAMILO GILES JIMENEZ** attested to the same date of birth that appeared

in the previously described documents and that he was born in Mexico. He further attested that he was not a United States citizen, and that he knows the difference between a United States citizen and a Lawful Permanent Resident, a citizen can vote and a resident can work in the United States. He further denied ever claiming to be a United States citizen. **CAMILO GILES JIMENEZ** admitted that he previously registered to vote after he received his green card and that he personally completed the registration process, and that he knew he was not a United States citizen at the time. **CAMILO GILES JIMENEZ** admitted that he had been voting since 2023 but only thought he had voted two times. He denied voting in a presidential election, but that he wanted his vote to count.

## CONCLUSION

12. I believe the above facts set forth probable cause to believe that **CAMILO GILES JIMENEZ's** knowing he was not a United States citizen, knowingly voted in three elections in March 2024, November 2024 and June 2026 respectively, held in part for the purpose of electing a candidate for President, Vice President, Member of the Senate, and Member of the House of Representatives all in violation of Title 18, United States Code, Section 611, voting by an alien.

13. Based on the foregoing, there is probable cause to believe that **CAMILO GILES JIMENEZ** violated Title 18, United States Code, Section 611, voting by an alien.

14. I respectfully request that a criminal complaint and arrest warrant be issued for **CAMILO GILES JIMENEZ** for this violation.

///

///

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Britton Wallace
Federal Bureau of Investigation

This Affidavit was submitted to me by email/pdf and attested to me as true and accurate by telephone, consistent with Fed. R. Crim. P. 4.1, and 41(d)(3) on October 16, 2026.

HON. Frank J. Singer
United States Magistrate Judge

Reviewed as to form.

/s/ Justin Gilio
Justin Gilio
Assistant United States Attorney